FILED
CLERK, U.S. DISTRICT COURT
10/26/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: JB  DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 20-137(B)-TJH |
|---|---|
| Plaintiff, | S E C O N D |
|  | S U P E R S E D I N G |
| v. | I N F O R M A T I O N |
| OTTO ESCOBAR, SR., | [18 U.S.C. § 666(a)(1)(B): Bribery Concerning a Program Receiving Federal Funds] |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. § 666(a)(1)(B); 18 U.S.C. §§ 2(a), (b)]

From on or about March 23, 2015, to on or about March 22, 2016, in Los Angeles County, within the Central District of California, and elsewhere, defendant OTTO ESCOBAR, SR., willfully caused, and aided and abetted, employees and agents of a California state agency, namely, the Department of Motor Vehicles ("California DMV"), which received in that same one-year period benefits in excess of $10,000 under a Federal program, who corruptly solicited and demanded for their benefit, and accepted, something of value, namely, U.S. currency, intending to be influenced and rewarded in connection with a series of transactions of the California DMV, having a value of $5,000 or more, in exchange for fraudulently entering passing scores

on tests in California DMV computer records, thereby causing otherwise ineligible California DMV applicants to receive California state issued driver's licenses and permits which they were not entitled to receive.

NICOLA T. HANNA
United States Attorney

*Scott M. Garringer*
*Deputy Chief, Criminal Division For:*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

JOSEPH O. JOHNS
Assistant United States Attorney
Chief, Environmental and
Community Safety Crimes Section

MARK A. WILLIAMS
Assistant United States Attorney
Deputy Chief, Environmental and
Community Safety Crimes Section

ERIK M. SILBER
AMANDA M. BETTINELLI
Assistant United States Attorneys
Environmental and Community
Safety Crimes Section