# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES - GENERAL

| Case No. | **CR 20-0137(B)-TJH** | Date | NOVEMBER 16, 2020 |
|---|---|---|---|

| Present: The Honorable | TERRY J. HATTER, JR.,UNITED STATES DISTRICT JUDGE |
|---|---|

| Interpreter | SPANISH LANGUAGE: Sharon Spence |
|---|---|

| Yolanda Skipper | Miranda Algorri | Erik M. Silber<br>Amenda M. Bettinelli |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. OTTO ESCOBAR, SR., | ✗ | | ✗ | 1. Carel Ale, DFPD | ✗ | ✗ | |

**Proceedings:**   **TELEPHONIC HEARING RE GUILTY PLEA-HELD**

X   Defendant moves to enter a plea to **Count 1 of the 2ND Superseding Information.**

X   Defendant is sworn and waiver of Defendant's Constitutional Rights are taken.  Defense counsel joins in waiver of Defendant's Constitutional Rights.

X   Defendant **OTTO RAMIRO ESCOBAR, SR,** enters a plea of **GUILTY** to **Count 1 of the 2nd Superseding Information.**

X   The Court questions the Defendant regarding plea of GUILTY, and finds that a factual and legal basis for the plea, and the plea is free of any coercive influence, voluntarily made with full knowledge of the charges against him, the consequences of the plea; that there have been no promises of any kind made to the Defendant by anyone and no threats or coercion have been exerted upon Defendant in any manner. The Court ORDERS the plea accepted and entered.

X   The Court refers the Defendant to the Probation Office for investigation and preparation of a pre-sentence report and continues the matter to *FEBRUARY 22, 2021 at 10:00 am.,* for sentencing.

X   **Other: Counsel are ORDERED to comply with the Federal Rules of Criminal Procedure.  Position papers are due 2 weeks prior to the hearing date.  If there are no position papers, counsel are directed to file a notice of non-opposition.**

**The Jury Trial of March 30, 2021 is vacated as to this defendant.**

IT IS SO ORDERED.

cc: USPO, PTS

:32

---