1   CUAUHTEMOC ORTEGA (Bar No. 257443)
    Federal Public Defender
2   Carel Alé (Bar No. 283717)
    (E-Mail:  carel_ale@fd.org)
3   Deputy Federal Public Defender
    321 East 2nd Street
4   Los Angeles, California 90012-4202
    Telephone:  (213) 894-2854
5   Facsimile:  (213) 894-0081

6   Attorneys for Defendant
    OTTO ESCOBAR

7

8

9                  UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11                      WESTERN DIVISION

12

| 13   UNITED STATES OF AMERICA, | Case No. CR 20-137-TJH |
|---|---|
| 14          Plaintiff, | |
| 15       v. | **STIPULATION TO CONTINUE SENTENCING** |
| 16   OTTO ESCOBAR, | Current Sentencing Date: Apr. 19, 2021, at 10:00 a.m. |
| 17          Defendant. | |
| 18 | Proposed Sentencing Date: June 7, 2021, at 10:00 a.m. |

19

20       Defendant Otto Escobar, through his attorney of record, Deputy Federal Public

21   Defender Carel Alé, and the United States Attorney's Office, through its attorney of

22   record Assistant United States Attorneys Amanda Bettinelli and Erik Silber, HEREBY

23   STIPULATE AND AGREE as follows:

24       1.     On November 16, 2020, Otto Escobar ("Mr. Escobar") pled guilty to a one

25   count indictment alleging a violation of 18 U.S.C. § 666(a)(1)(B), 2(a), 2(b), causing

26   and aiding and abetting bribery concerning programs receiving federal. Docket No. 89.

27

28

1

2.     On January 15, 2021, the U.S. Probation Office filed a Presentence Report and disclosed its Recommendation Letter.  Docket Nos. 90 & 91.

3.     Sentencing in this case was originally set for February 22, 2020, at 10:00 a.m. Docket Entry 89.

4.     The parties sought and Court has granted one prior continuance of this sentencing. Docket Entry 94.

5.     On August 6, 2020, Chief United States District Judge Phillip S. Gutierrez issued General Order 20-09.  The General Order stated that "[d]ue to the recent surge in the Coronavirus cases in the Central District of California, until further notice, and except as set forth below, the Courthouses will be closed to the public."

6.     General Order 20-09 continues to be in effect.

7.     Pursuant to § 15002(b)(2) of the Coronavirus Aid, Relief, and Economic Security ("CARES") Act and § 2 of Order of the Chief Judge No. 20-043 (In Re: Coronavirus Public Emergency Use of Video and Telephonic Conference in Certain Criminal Proceedings), felony sentencings cannot be conducted other than in person in open court unless the judge makes specific findings that the sentencing "cannot be further delayed without serious harm to the interests of justice" and the defendant waives an in-person sentencing hearing.

8.     On January 6, 2021, Chief District Judge Philip S. Gutierrez issued Order No. 21-992 (In Re: Coronavirus Public Emergency Extension of Continuity of Operations Plan) extending the Court's Continuity of Operations Plan, Order 20-179, until January 29, 2021.

9.     On January 29, 2021, this district's COOP plan expired and courts resumed limited operations on February 1, 2021. The courthouses in this district remain closed.

10.     Mr. Escobar is eligible for the COVID-19 vaccine and wishes to delay his sentencing to allow him time to complete the vaccination protocol in light of the possibility that he may be required to enter custody.

1     11.     The interests of justice will not be harmed by delaying Mr. Escobar's

2 sentencing.

3     12.     Mr. Escobar is currently on bond and in compliance with all the conditions

4 of release.

5     13.     Assistant United States Attorneys Amanda Bettinelli and Erik Silber have

6 indicated that the government does not object at this time to continuing this hearing.

7     14.     Based on the foregoing, the parties respectfully request that this Court

8 continue Mr. Escobar's sentencing hearing to June 7, 2021, at 10:00 a.m.

9

10 IT IS SO STIPULATED.

11
                                          Respectfully submitted,
12
                                          CUAUHTEMOC ORTEGA
13                                        Federal Public Defender

14

15 DATED: April 7, 2021              By   /s/ Carel Alé

16                                        CAREL ALÉ
                                          Deputy Federal Public Defender
17                                        Attorney for OTTO ESCOBAR

18                                        TRACY L. WILKISON
                                          Acting United States Attorney
19

20
   DATED: April 7, 2021              By   s/ * Erik Silber
21
                                          AMANDA BETTINELLI
22                                        ERIK SILBER
                                          Assistant United States Attorneys
23 * by e-mail authorization

24

25

26

27

28

3