UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – SENTENCING AND JUDGMENT

Case No.   CR 20-00137(B)-TJH                                        Date: February 2, 2026

Present: The Honorable:   TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| V.R. Vallery | CourtSmart | Dennis Mitchell |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| Otto Escobar, Sr. | ☐ | √ | Antonio Villaamil | ☐ | √ | ☐ | Jesus Rivera (SPANISH) |

**PROCEEDINGS:**          **SENTENCING AND JUDGMENT**          ☐ Contested   √ Non-Evidentiary

☐ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.   √ Refer to separate Judgment Order.

☐ Imprisonment for   years/months on each of count(s) _____

Count(s) _____ concurrent/consecutive to count(s) _____

☐ Fine of $ _____ is imposed on each of count(s) concurrent/consecutive.

☐ Execution/Imposition of sentence as to imprisonment only suspended on count(s)_____

☐ Confined in jail-type institution for _____ to be served on consecutive days/weekends
commencing _____

☐ years/months Supervised Release/Probation imposed on count(s)_____

☐ consecutive/concurrent to count(s)_____

under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:

☐ Perform _____ hours of community serv ☐ _____   fine amounts & times determined by P/O.

☐ Serve _____ in a CCC/CT ☐ _____ Make $ _____   restitution in amounts & times determined by PO.

☐ Participate in a program for treatment of narcotic/alcohol addiction.

Pay ☐ any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.

☐ Other conditions: _____

☐ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision.  The Court finds the defendant does not have the ability to pay.

☐ Pay $ _____ per count, special assessment to the United States for a total of $ _____

☐ Imprisonment for   months/years and for a study pursuant to 18 USC _____
with results to be furnished to the Court within   days/months whereupon the sentences shall be subject to modification.  This matter is set for further hearing on _____

√ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.

√ Defendant informed of right to appeal.

☐ ORDER sentencing transcript for Sentencing Commission.   √ Processed statement of reasons

☐ Execution of sentence is stayed until 12 noon, _____
at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.

☐ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.

☐ Issued Remand/Release # _____

☐ Present bond to continue as bond on appeal.   ☐ Appeal bond set at $ _____

√ Filed and distributed judgment.  ENTERED.

☐ Other: _____

cc:                                                                                                          :13

**Initials of Deputy Clerk** _____ vrv

CR-90 (05/15)                          Criminal Minutes – General                          Page 1 of 1